1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11   REBECA RANDLE,                        )   Civil No. 09cv2290 L(NLS)
                                           )
12                      Plaintiff,         )   **ORDER GRANTING**
                                           )   **DEFENDANTS' MOTIONS TO**
13   v.                                    )   **DISMISS [doc. nos. 6 and7]**
                                           )
14   EMC MORTGAGE CORP AND GMAC            )
     MORTGAGE, *et al.*,                   )
15                                         )
                        Defendants.        )
16   _____       )

17        Defendants EMC Mortgage Corporation and Mortgage Electronic Registration Systems,

18   Inc. (collectively "MERS") and Greenpoint Funding, Inc. ("Greenpoint") each move to dismiss

19   plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6). [doc. nos. 6, 7]  Although

20   represented by counsel, plaintiff did not file an opposition to either motion.  On August 26,

21   2010, the Court ordered plaintiff to either oppose defendants' motions or file a statement of non-

22   opposition to the motions.  On September 13, 2010, plaintiff filed a statement that she did not

23   oppose the motions to dismiss. [doc. no. 21]

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

09cv2290

1      Accordingly, defendants' motions to dismiss are **GRANTED WITH PREJUDICE**.  The

2  Clerk of the Court is directed to enter judgment in accordance with this Order.

3      **IT IS SO ORDERED.**

4  DATED:  September 13, 2010

5

6                                          M. James Lorenz
                                           United States District Court Judge

7   COPY TO:

8  HON. NITA L. STORMES
   UNITED STATES MAGISTRATE JUDGE

9

10  ALL PARTIES/COUNSEL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28